395 A.2d 993

Northeastern Bank of Pennsylvania, Appellant, v. Henryville House et al.

Argued September 13, 1978. William H. Robinson, Jr., for appellant; Joseph S. Moloznik, for appellees.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.